1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  JEFFREY BORNSTEIN (CABN 99358)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7289
7      FAX: (415) 436-7234
       Jeffrey.bornstein@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,        )  CASE NO. 3:25-mj-71522 MAG
                                    )
14        Plaintiff,                )  **ORDER OF COMMITMENT TO ANOTHER**
                                    )
15     v.                           )  **DISTRICT**
                                    )
16 DANIEL JARRID GARCIA,            )
                                    )
17        Defendant.                )
                                    )
18

19       On December 24, 2025, defendant DANIEL JARRID GARCIA was charged by A RULE 5

20 PETITION with an Indictment from the Southern District of Iowa. The Indictment alleges violations of

21 Title 21 United States Code Sections 841(b)(1) and (b)(1) (B) (two counts) and 846; and one count of a

22 violation of 841(b)(1) and (b)(1) (C) related to Defendants alleged mailing of controlled substances from

23 California to Iowa. Defendant was advised of the nature of the charges and the maximum penalties and

24 his right to an identity hearing and he waived that right.

25       This matter came before the Court on December 29, 2025, for a detention hearing. The

26 defendant was present and represented by AFPD Joyce Leavitt. Assistant United States Attorney Jeffrey

27 Bornstein appeared for the government. The government had moved for detention. Defense Counsel

28 proffered that Defendant's mother was willing to be his custodian and surety and would travel with him

DETENTION ORDER                          1                              v. 11/01/2018
3:25-mj-71522 MAG

1  to Iowa if he was released, and that the Defendant would then reside with her on whatever conditions the
2  Court set to assure his appearance and his adherence to his release conditions,  The Court agreed and the
3  Defendant and his mother agreed to the release conditions that were set.
4     It was further Ordered that Defendant shall report to pretrial services on December 30 at 10:00
5  am in San Fracisco and that he is further ordered to appear In the Southern District of Iowa on January
6  6, 2026 in the Courtroom of MJ William Kelley at 1:15 pm at the U.S. District Courthouse located at
7  111 Locust Street, Des Moines, Iowa 50309.
8     For Good Cause Shown:  It is hereby Ordered that the Defendant shall appear in as directed
9  above.  If the Defendant remains on release and is allowed to travel back to the NDCA, he shall comply
10 with all of the release conditions that have been set.  A further status conference before this court is
11 scheduled for January 15, 2026, at 9:30 am
12    The Clerk of this district must promptly transmit the papers and any bail to the charging district.
13 Dated: December 30, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge